1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANA GONZALEZ, | ) | Case No.: C 09-04571 PVT |
| Plaintiff, | ) ) | **ORDER FOR REASSIGNMENT TO SAN FRANCISCO OR OAKLAND DIVISION** |
| v. | ) ) | |
| GMAC MORTGAGE, LLC, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

A substantial part of the events or omissions which give rise to the claims in the above-captioned action occurred in Napa County. *See* Civ. L.R. 3-2(c). In addition, this action is not in any of the excepted categories set forth in Civ. L.R. 3-2(c). Accordingly, the above-captioned action shall be reassigned to the San Francisco or Oakland Division.

IT IS SO ORDERED.

Dated:   October 30, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28