RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807; Fax (415) 925-3860
Ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810; Fax (415) 925-3861
Ted.buell@greenpoint.com

Attorneys for Defendant GREENPOINT MORTGAGE FUNDING, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANA GONZALEZ,<br>    Plaintiff,<br>vs.<br>GMAC MORTGAGE, et al.,<br>    Defendants. | Case No. 3:09-cv-04571-JSW<br><br>ORDER ~~ALLOWING COUNSEL~~ DENYING REQUEST FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO TELEPHONICALLY ATTEND MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRCP 12(b)(6)]<br><br>Date: January 15, 2010<br>Time: 10:00 am<br>Place: Courtroom 11, 19th Floor |

Pursuant to the written request by counsel for defendant GREENPOINT MORTGAGE FUDNING, INC to telephonically attend his Motion to Dismiss First Amended Complaint, set for January 15, 2010, this Court hereby ~~grants such request.~~ DENIES the request.

DATED: December 7, 2009

                                     */s/ Jeffrey S. White*
                            The Honorable JEFFREY S. WHITE
                            Judge of the US District Court

~~\Order Granting Request to telephonically attend Mot to Dismiss FAC 12.09~~

~~ORDER GRANTING REQUEST TO COUNSEL FOR GREENPOINT MORTGAGE TO TELEPHONICALLY ATTEND MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRCP 12(b)(6)]~~

Case No. C 09-04571-PVT
Page 1