1  Roger G. Honey, Esq., [SBN 173836]
   Niria M. Arvizu, Esq., [SBN 236994]
2  **CARLSON LAW GROUP, INC.**
   21031 Ventura Boulevard, Suite 1100
3  Woodland Hills, California 91364
4  Telephone No.: (818) 996-7800
   Facsimile No.: (818) 884-4285
5  Email: rgh@carlsonlawgroup.com
        nma@carlsonlawgroup.com
6  Attorneys for Defendants, JACK MOORE REALTY INCORPORATED DBA ALL VALLEY
   HOME FINANCE, JACK LEE MOORE, CECIL JACK ROLLS (sued herein as JACK CECIL
7  ROLLS) and JASON RAFAEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ANA GONZALEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, LLC.;<br>GREENPOINT MORTGAGE FUNDING<br>INCORPORATED: EXECUTIVE TRUSTEE<br>SERVICES, LLC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.;<br>JACK MOORE REALTY INCORPORATED DBA<br>ALL VALLEY HOME FINANCE;<br>JACK LEE MOORE;<br>JACK CECIL ROLLS;<br>JASON RAFAEL;<br>and DOES 1-20, Inclusive,<br><br>           Defendants. | Case No: 5:09-CV-04571-JSW<br><br>Complaint Filed: September 28, 2009<br>Re-Assigned for all Purposed to:<br>Honorable Jeffrey S. White<br><br>[~~PROPOSED~~] ORDER ALLOWING COUNSEL FOR DEFENDANTS JACK MOORE REALTY INCORPORATED DBA ALL VALLEY HOME FINANCE, JACK LEE MOORE, CECIL JACK ROLLS (sued herein as JACK CECIL ROLLS) and JASON RAFAEL TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)]<br><br>Date: January 15, 2010<br>Time: 9:00 a.m.<br>Crtm: 11, 19th Floor |

---

Case No. 5:09-CV-04571-JSW        -1-        [~~PROPOSED~~] ORDER ALLOWING COUNSEL FOR DEFENDANTS JACK MOORE REALTY INCORPORATED DBA ALL VALLEY HOME FINANCE, JACK LEE MOORE, CECIL JACK ROLLS (sued herein as JACK CECIL ROLLS) and JASON RAFAEL TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)]

1  Pursuant to the written request by counsel for Defendants JACK MOORE REALTY
2  INCORPORATED DBA ALL VALLEY HOME FINANCE, JACK LEE MOORE, CECIL JACK
3  ROLLS (sued herein as sued as JACK CECIL ROLLS) and JASON RAFAEL to telephonically
4  attend such Motion to Dismiss, set for January 15, 2010, this Court hereby grants such request.
5  Defendants shall provide this Court's Courtroom Deputy, Jennifer Ottolini, with a landline at which they can be reached by no later than January 13, 2010.
6  IT IS SO ORDERED:

8  Dated: December 7, 2009

   _____
   The Honorable Jeffrey S. White

---

Case No. 5:09-CV-04571-JSW -2- [PROPOSED] ORDER ALLOWING COUNSEL FOR DEFENDANTS JACK MOORE REALTY INCORPORATED DBA ALL VALLEY HOME FINANCE, JACK LEE MOORE, CECIL JACK ROLLS (sued herein as JACK CECIL ROLLS) and JASON RAFAEL TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)]