IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA GONZALEZ,

    Plaintiff,

v.

GMAC MORTGAGE, LLC, et al.,

    Defendants.
                                                /

No. C 09-04571 JSW

**ORDER TO SHOW CAUSE AND CONTINUING HEARINGS**

       On December 4, 2009, Defendants Jack Moore Realty, Inc. d/b/a All Valley Home Finance, Jack Lee Moore, Cecil Jack Rolls (sued herein as Jack Cecil Rolls), and Jason Rafael filed a Motion to Dismiss Plaintiff's First Amended Complaint. On that same date, Defendant Greenpoint Mortgage Funding, Inc. also filed a motion to dismiss. Each of these motions is set for hearing on January 15, 2010. Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition briefs were due twenty-one days before the hearing date. Plaintiff has failed to file an opposition to either motion, although she has taken other actions in this case.

       Accordingly, Plaintiff is HEREBY ORDERED to show cause why this case should not be dismissed for failure to prosecute as to these defendants or why the motions should not be granted as unopposed. Plaintiff's response to this Order to Show Cause shall be due by no later than January 15, 2010. If Plaintiff seeks to file an opposition brief to either of these motions, she must demonstrate good cause for her failure to comply with the Local Rules and any request to file a late opposition brief also must be filed by January 15, 2010.

It is FURTHER ORDERED that if Plaintiff fails to file a response to this Order to Show Cause by that date, the Court shall dismiss these defendants without prejudice without further notice to Plaintiff for failure to prosecute.

It is FURTHER ORDERED that the hearings on the motions shall be continued to February 12, 2010 at 9:00 a.m., to be heard in conjunction with the motion to dismiss filed by Defendants GMAC Mortgage, LLC, GMAC Equityline, Equity Trustee Services, LLC, ETS Services, LLC, and Mortgage Electronic Registration Systems, Inc. Plaintiff is FURTHER ADMONISHED that failure to file a timely opposition brief to the motion to dismiss filed by these defendants may result in a further order to show cause.

**IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE