IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA GONZALEZ,

    Plaintiff,

v.

GMAC MORTGAGE, LLC, et al.,

    Defendants.

No. 09-04571 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS**

Pending before the Court are motions to dismiss Plaintiff's First Amended Complaint filed by: (1) Defendant Greenpoint Mortgage Funding, Inc.; (2) Defendants Jack Moore Realty Incorporated d/b/a All Valley Home Finance, Jack Lee Moore, Cecil Jack Rolls, and Jason Rafael; and (3) Defendants GMAC Mortgage, LLC, GMAC Equityline, Executive Trustee Services, LLC, ETS Services, LLC, and Mortgage Electronic Registration Systems, Inc.

The Court has reviewed the parties' papers and finds the matters suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing date set for February 12, 2010 is VACATED, and the Court shall issue an Order in due course.

**IT IS SO ORDERED.**

Dated: February 9, 2010

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE